**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JUSTIN ANTHONY SHUTES**
**ADC #151537** **PLAINTIFF**

**v.** **No. 2:26-cv-93-DPM**

**VERONICA WESTBROOK, Manager, Classification Committee, EARU, ADC; RICHARD T. BALL, Chief Superintendent, Classification Committee, EARU, ADC; SARAH HUCKABEE-SANDERS, Lieutenant Governor, Arkansas; LINDA SANNER, Executive Assistant to Director, ADC; S. HUGHES, Sergeant, EARU, ADC; J. HOUSTON, Classification Committee Manager, EARU, ADC; RICKETTS, Deputy Superintendent, EARU, ADC; JORDAN, Lieutenant, EARU, ADC; and L. JOHNSON, Sergeant, EARU, ADC** **DEFENDANTS**

**ORDER**

On *de novo* review, the Court declines to adopt the recommendation, *Doc. 20*, and sustains Shutes's objections, *Doc. 21*. Fed. R. Civ. P. 72(b)(3). The Magistrate Judge was trying to give Shutes the benefit of the doubt by treating his recent filings as an amended complaint. For the reasons stated in the Screening Order, *Doc. 12*, Shutes's original complaint fails to state a claim upon which relief can

be granted. It will therefore be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

25 September 2026