**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JUSTIN ANTHONY SHUTES
ADC #151537** **PLAINTIFF**

**v.** **No. 2:26-cv-93-DPM**

**VERONICA WESTBROOK, Manager, Classification Committee, EARU, ADC; RICHARD T. BALL, Chief Superintendent, Classification Committee, EARU, ADC; SARAH HUCKABEE-SANDERS, Lieutenant Governor, Arkansas; LINDA SANNER, Executive Assistant to Director, ADC; S. HUGHES, Sergeant, EARU, ADC; J. HOUSTON, Classification Committee Manager, EARU, ADC; RICKETTS, Deputy Superintendent, EARU, ADC; JORDAN, Lieutenant, EARU, ADC; and L. JOHNSON, Sergeant, EARU, ADC** **DEFENDANTS**

# JUDGMENT

Shutes's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

25 September 2026